

**United States Bankruptcy Court for the Western District of Michigan**

FILED
2011 FEB 15 AM 10: 11
DANIEL M LAVILLE, CLERK
U.S. BANKRUPTCY COURT
WEST DIST. OF MICH.

IN RE:

DORIS SHAW

Case No.   03-10291

Debtor(s)
_____/

## APPLICATION FOR RELEASE OF UNCLAIMED FUNDS

**IT APPEARING THAT** a dividend check in the amount of $ 3,278.33 was issued by the trustee to Roberta Johnston, claimant in the above-referenced case.

**IT ALSO APPEARING THAT** said check was not negotiated by said payee and the trustee, pursuant to 11 U.S.C. Section 347(a), delivered the unclaimed funds to the Clerk, United States Bankruptcy Court. These funds are currently being held by the United States Treasury.

**IT ALSO APPEARING THAT** this application includes a signed and notarized affidavit of claimant which states that the undersigned is the legal owner of such funds.

**IT ALSO APPEARING THAT** the United States Attorney for the Western District of Michigan has been provided a copy of this application allowing 20 days from the date of service to file an objection to payment of these funds. A proof of service is made part of this application.

**THEREFORE,** an application is made for an order directing the Clerk of Court to pay said unclaimed funds to the order of Roberta Johnston, claimant, and mail said check to the following address:
3349 N. Pinegrove Road, Edmore, Michigan 48829.

Dated: Feb 10, 2011          _Roberta L. Johnston_
                              Claimant

Subscribed and Sworn Before Me this 10th day of February, 2011

   SEAL

My commission expires:  03/09/2013

Notary Public in and for the State of Michigan
Ryan Cade C. Villet, Notary Public
Montcalm County, Michigan

Page 1 of 2

## AFFIDAVIT OF CLAIMANT

I, <u>Roberta Johnston</u>, do hereby state that I am the claimant to the unclaimed funds referenced in this application and that I am, to the best of my knowledge, the legal owner of these funds. My mailing address and phone number are
<u>3349 N. Pinegrove Road, Edmore, Michigan 48829</u>
<u>989-762-1417</u>

Dated: Feb 10, 2011

_____
Claimant (or Representative of Corporation)

Subscribed and Sworn Before Me this 10TH day of February, 2011

SEAL

My Commission Expires: 03/09/2013

_____
Notary Public In and For the State of Michigan
Ryan Cade C. Villet, Notary Public
Montcalm County, Michigan

## PROOF OF SERVICE OF APPLICATION ON UNITED STATES ATTORNEY

Notice is hereby given that on February 10, 2011 a copy of the Application for Release of Unclaimed Funds with Affidavit was served on the United States Attorney for the Western District of Michigan, P.O. Box 208, Grand Rapids, MI 49501-0208 by United States Mail.

Dated: Feb 10, 2011

_____
Claimant

Page 2 of 2

FILED 2011 FEB 15 AM 10:11 U.S. BANKRUPTCY COURT WEST DIST. OF MICH. CLERK

FORM B10 (Official Form 10)(4/01)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MICHIGAN**

PROOF OF CLAIM

| Name of Debtor<br>Doris Shaw | Case Number:<br>03-10291 jdg | Chapter: 11 |
|---|---|---|

NOTE: *This form should not be used to make a claim for an administrative expense arising after the commencement of the case. A "request" for payment of an administrative expense may be filed pursuant to 11 U.S.C. § 503.*

Name of Creditor [Make corrections where needed].
Roberta Johnston
Name and Address where notices should be sent:

Charles W. Simon III, P.C.
Charles W. Simon III    P35855
212 W. Main Street
P.O. Box 998
Stanton, MI 48888
Telephone Number:     989-831-4119

☐ Check box if you are aware that anyone else has filed a proof of claim relating to your claim. Attach copy of statement giving particulars.
☐ Check box if you have never received any notices from the bankruptcy court in this case.
☒ Check box if the address differs from the address on the envelope sent to you by the court.

THIS SPACE IS FOR COURT USE ONLY

FILED 03 NOV 18 AM 8:__ DANIEL M LAVILLE U.S. BANKRUPTCY COURT WEST. DIST. OF MICH.

Account or other number by which creditor identifies debtor:

Check here if  ☐ replaces   ☐ amends   a previously filed claim, dated _____
this claim

**1. Basis for Claim**
☐ Goods Sold
☐ Services Performed
☒ Money Loaned
☐ Personal injury/wrongful death
☐ Taxes
☐ Other _____

☐ Retiree benefits as defined in 11 U.S.C. §1114(a)
☐ Wages, salaries, and compensation (fill out below)
  Your SS #: ___ ___ ___
  Unpaid Compensation for Services Performed
  from _____ to _____
         (date)              (date)

**2. Date debt was incurred:**
May 2000 and February 2003

**3. If court judgment, date obtained:**

**4. Total Amount of Claim at Time Case Filed:**   $ 11198.90
If all or part of your claim is secured or entitled to priority, also complete Item 5 or 6 below.
☐ Check this box if claim includes interest or other charges in addition to the principal amount of the claim. Attach itemized statement of all interest or additional charges.

**5. Secured Claim.**
☐ Check this box if your claim is secured by collateral (including a right of setoff).
  Brief Description of Collateral:
    ☐ Real Estate   ☐ Motor Vehicle
    ☐ Other_____
  Value of Collateral:   $_____

  Amount of arrearage and other charges <u>at time case filed</u>
  included in secured claim, if any: $_____

**6. Unsecured Priority Claim.**
☐ Check this box if you have an unsecured priority claim
  Amount entitled to priority $_____
  Specify the priority of the claim:
☐ Wages, salaries, or commissions (up to $4,650),* earned within 90 days before filing of the bankruptcy petition or cessation of the debtor's business, whichever is earlier - 11 U.S.C. § 507(a)(3).
☐ Contributions to an employee benefit plan - 11 U.S.C. §507(a)(4).
☐ Up to $ 2,100* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use - 11 U.S.C. § 507(a)(6).
☐ Alimony, maintenance, or support owed to a spouse, former spouse, or child - 11 U.S.C. § 507(a)(7).
☐ Taxes or penalties owed to governmental units - 11 U.S.C. § 507(a)(8).
☐ Other - Specify applicable paragraph of 11 U.S.C. § 507(a)(__).

*Amounts are subject to adjustment on 4/1/04 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**7. Credits:** The amount of all payments on this claim has been credited and deducted for the purpose of making this proof of claim.
**8. Supporting Documents:** *Attach copies of supporting documents,* such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, court judgments, mortgages, security agreements, and evidence of perfection of lien. All Copies must be sent on 8 ½ x 11 paper. DO NOT SEND ORIGINAL DOCUMENTS. If the documents are not available, explain. If the documents are voluminous, attach a summary.
**9. Date-Stamped Copy:** To receive a date-stamped copy of your claim, enclose a stamped, self-addressed envelope and an additional copy of this proof of claim.

Mail *Original* (with all attachments)
All copies must be sent on 8 1/2 x 11 paper.
To: *US Bankruptcy Court*
(at the mailing address appearing on the front of the Notice of Commencement of Bankruptcy Case

| Date | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |
|---|---|
| 11-17-03 | /s/ Charles W. Simon III |

*Penalty for presenting fraudulent claim:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571.

005650

PROMISSORY NOTE

May 30, 2000

For value received, Doris Shaw of 522 E. Main Street, Edmore, MI 48829, promises to pay to the order of Roberta Johnston of 3135 N. Pine Grove Rd., Edmore, MI 4882, the sum of Three Thousand Four Hundred and No/100 ($3,400.) Dollars, along with interest at the rate of 10 3/4 % per annum.  Said principal shall be paid by the undersigned in lawful money of the United States of America as follows.

One payment of Three Thousand Four Hundred and No/100 ($3,400.00) Dollars plus interest accrued to date, will be due and payable on November 27, 2003.

Should default be made in the payment when demanded then such default shall mature the entire indebtedness evidenced hereby, without notice, at the option of the holder thereof.  Every person, or entity, at any time liable for the payment of the debt evidenced hereby, waives presentment for payment, demand and notice of non-payment of this note, and consents that the holder may extend the time of payment of any part or the whole of the debt at any time at the request of any other person liable.

$2,500.00
   900.00  DISC
_____
$ 3,400.00


*Doris Shaw* (signature)

Doris Shaw

PROMISSORY NOTE

May 30, 2000

   For value received, Doris Shaw of 522 E. Main Street, Edmore, MI 48829, promises to pay to the order of Roberta Johnston of 3135 N. Pine Grove Rd., Edmore, MI 48829, the sum of Eight Thousand Twenty Eight and 90/100 ($8,028.00) Dollars, along with interest at the rate of 10 1/4 % per annum.  Said principal shall be paid by the undersigned in lawful money of the United States of America as follows.

   One payment of Eight Thousand Twenty Eight and No/100 ($8,028.90) Dollars plus interest accrued to date, will be due and payable on June 10, 2003.

   Should default be made in the payment when demanded then such default shall mature the entire indebtedness evidenced hereby, without notice, at the option of the holder thereof.  Every person, or entity, at any time liable for the payment of the debt evidenced hereby, waives presentment for payment, demand and notice of non-payment of this note, and consents that the holder may extend the time of payment of any part or the whole of the debt at any time at the request of any other person liable.

$6,372.14
 1,656.76  DISC
─────────
$ 8,028.90
 2000 —
$6028.90 due

_Doris Shaw_
Doris Shaw

---

No. 1025                                          8-7    20 03

Received from  Doris Shaw
Two Thousand    00/100                                    Dollars

| Amt of Account | | |
| --- | --- | --- |
| Amt Paid | | |
| Balance Due | | |

On Acct

$ 2000.00   Roberta L Johnston

PROMISSORY NOTE
February 4, 2003
Edmore, Michigan 48829

For value received, Doris Shaw of 522 E. Main Street, Edmore, MI 48829, promises to pay to the order of Roberta Johnston, the sum of One Thousand Seven Hundred Seventy and No/100 Dollars which includes a discount of 18%, along with interest at the rate of 10%. Said principle and interest shall be paid to the undersigned in lawful money of the United States of America.

Payment of ($1,770.00), Dollars along interest at the rate of 10% will be due on . August 4, 2003.

Should default be made in the payment when demanded then such default shall mature the entire indebtedness evidenced hereby, without notice, at the option of the holder hereof. Every person, or entity, at any time liable for the payment of the debt evidenced hereby, waives presentment for payment, demand and notice of non-payment of this note.

_____
Doris Shaw

RECEIPT

DATE: 2-4-03       No. 754368
RECEIVED FROM: Roberta Johnston       $1,500.00
One Thousand Five Hundred */100 DOLLARS
○ FOR RENT
○ FOR: 6 mo. 28%

| ACCOUNT | | | ○ CASH | FROM | TO |
| PAYMENT | | | ⊗ CHECK | | |
| BAL. DUE | | | ○ MONEY ORDER | BY | Doris Shaw |

1182